IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.:  06-94 (RBW) |
| v.  : | GRAND JURY ORIGINAL |
| CESAR FERNANDO JIMENEZ-: SALGADO, : | VIOLATIONS: |
|   aka Detective, : | 18 U.S.C. § 371 |
| : | (Conspiracy to Commit Offense |
| JUAN M. VASQUEZ, : | Against the United States) |
|   aka Felipe De La Rosa-Perez, : | |
|   aka Bofo, : | 18 U.S.C. § 1546(a) |
| : | (Possession of Fraudulent Documents |
| EDUARDO OLMEDO-MARTINEZ, : | Prescribed for Authorized Stay or Employment |
|   aka Abuelo, : | in the United States) |
| : | |
|          Defendants. : | 18 U.S.C. § 1028(a)(1), (b)(1) |
| : | (Production of Fraudulent Documents) |
| : | |
| : | 18 U.S.C. § 1028(a)(2), (b)(1) |
| : | (Transfer of Fraudulent Documents) |
| : | |
| : | 18 U.S.C. § 1028(a)(5), (b)(1) |
| : | (Possession of Document-Making Implements) |
| : | |
| : | 18 U.S.C. § 1028A(a)(1) |
| : | (Aggravated Identity Theft) |
| : | |
| : | 8 U.S.C. § 1326(a) |
| : | Unlawful Reentry of a Removed Alien |
| : | |
| : | 18 U.S.C. § 2 |
| : | (Aiding and Abetting) |

**INDICTMENT**

The Grand Jury charges that:

## COUNT ONE

1. From at least on or about September 1, 2003, and continuing through on or about January 30, 2006, within the District of Columbia, the defendants **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,"** also known as "Bofo," and **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo" (collectively, "the Defendants"), did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree together with each other and with persons whose identities are known and unknown to the Grand Jury to commit offenses against the United States, that is:

      (A)    to forge, counterfeit, alter, falsely make, possess, and obtain Resident Alien cards, Employment Authorization cards and Social Security cards, which are documents prescribed by statute or regulation for entry into and as evidence of authorized stay or employment in the United States, knowing them to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a) [Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States];

      (B)    knowingly and without lawful authority to produce more than five false identification documents (that is, Resident Alien cards, Employment Authorization cards and Social security cards) and authentication features, in violation of Title 18, United States Code, Section 1028(a)(1) [Production of False Identification Documents];

      (C)    knowingly to transfer more than five false identification documents, that is, Resident Alien cards, Employment Authorization cards and Social Security cards, knowing that such documents were produced without lawful authority, in violation of Title 18, United States Code, Section 1028(a)(2) [Transfer of False Identification Documents];

      (D)    knowingly to possess with intent to use and transfer unlawfully five or more

false identification documents and authentication features, in violation of Title 18, United States Code, Section 1028(a)(3) [Possession of Five or More False Identification Documents]; and

      (E)    knowingly to possess a document-making implement and authentication feature with the intent such document-making implement and authentication feature will be used in the production of a false identification document or another document-making implement or authentication feature which will be so used, in violation of Title 18, United States Code, Section 1028(a)(5) [Possession of Document-Making Implements and Authentication Features].

### Object of the Conspiracy

2.    It was the object of the conspiracy for the defendants to enrich themselves and others known and unknown to the Grand Jury by producing and selling false identification documents, including fraudulent Resident Alien cards, Employment Authorization cards and Social Security cards.

### Manner and Means Used to Accomplish the Object of the Conspiracy

3.    The object of the conspiracy was to be accomplished through the following manner and means, among others:

      (A)  Members of the conspiracy agreed to sell false identification documents to prospective buyers at or near the 1600 through 1800 blocks of Columbia Road, N.W., and elsewhere, within the District of Columbia.

      (B)  Members of the conspiracy utilized locations know as "document mills" where false identification documents were manufactured.

      (C)  Inside the document mill(s), in the District of Columbia, members of the conspiracy produced more than five false identification documents, using document-making implements such as a cutting board, razors, sheets of laminate, laminating machine or hair dryer, and

authentication features such as laminates imprinted with U.S. Government seals.

(D) Members of the conspiracy possessed and distributed more than five completed false identification documents to buyers through a series of transfers in exchange for money within the District of Columbia.

Overt Acts

4. In furtherance of the conspiracy and to accomplish the object thereof, the following overt acts, among others, were committed within the District of Columbia and elsewhere by the Defendants:

(1) On or about July 27, 2005, a co-conspirator whose identity is known to the Grand Jury, while in the 1700 block of Columbia Road, NW, Washington, D.C., negotiated the sale of a fraudulent Resident Alien card and Social Security card with an undercover law enforcement officer.

(2) On or about July 28, 2005, a co-conspirator whose identity is known to the Grand Jury, while in the 1700 block of Columbia Road, NW, Washington, D.C., distributed a fraudulent Resident Alien card and Social Security card in exchange for money to an undercover law enforcement officer.

(3) On or about January 22, 2006, at 1707 North Capital Street, N.E., Washington, D.C., **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," and **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,**" also known as "Bofo," along with co-conspirators whose identities are known to the Grand Jury, collected money from co-conspirators whose identities are known to the Grand Jury derived from the sale of fraudulent identity documents.

(4) On or about January 22, 2006, **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo," along with co-conspirators whose identities are known to the Grand Jury, possessed multiple false identification documents and orders from customers for false identification

documents while at 1707 North Capital Street, N.E., Washington, D.C.

(5) On or about January 22, 2006, **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo," along with co-conspirators whose identities are known to the Grand Jury, possessed document-making implements including a cutting board, a razor, sheets of laminate, a hair dryer, and a laminate imprinted with U.S. Government seals while at 1707 North Capital Street, N.E., Washington, D.C.

(6) On or about January 22, 2006, within the District of Columbia, **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," possessed 3 ledgers which were used to record the sales of false identity documents by co-conspirators whose identities are known to the Grand Jury.

(7) On or about January 22, 2006, within the District of Columbia, a co-conspirator whose identity is known to the Grand Jury possessed 4 ledgers which were used to record the sales of false identity documents by co-conspirators whose identities are known to the Grand Jury

(8) On or about January 30, 2006, a co-conspirator whose identity is known to the Grand Jury solicited customers to buy false identification documents while in the 1600 block of Columbia Road, N.W., Washington, D.C..

(9) On or about January 30, 2006, a co-conspirator whose identity is known to the Grand Jury, while in the 1600 block of Columbia Road, N.W., Washington, D.C., possessed several orders for false identification documents while in the 1600 block of Columbia Road, N.W., Washington, D.C.

(10) On or about January 30, 2006, a co-conspirator whose identity is known to the Grand Jury, possessed several false identification documents, including fraudulent Resident Alien cards, Social Security cards, and Employment Authorization cards while in the 1600 block of

Columbia Road, N.W., Washington, D.C.

      **(Conspiracy to Commit Offenses Against the United States,** in violation of Title 18, United States Code, Section 371).

## COUNT TWO

From on or about September 1, 2003**,** through on or about January 30, 2006, within the District of Columbia, defendants **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,"** also known as "Bofo," **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo," and co-conspirators whose identities are known to the Grand Jury, did knowingly and without lawful authority produce more than five identification documents, authentication features, and false identification documents, which appear to be identification documents or authentication features issued by and under the authority of the United States.

      **(Production of Fraudulent Documents** and **Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1028(a)(1), (b)(1) and 2).

## COUNT THREE

From on or about September 1, 2003 through on or about January 30, 2006, within the District of Columbia, defendants **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,"** also known as "Bofo," **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo," and co-conspirators whose identities are known to the Grand Jury, did knowingly transfer more than five identification documents, authentication features, and false identification documents, which appear to be identification documents or authentication features issued by and under the authority of the United

States, knowing that such documents or features were produced without lawful authority.

>  **(Transfer of Fraudulent Documents** and **Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1028(a)(2), (b)(1) and 2).

## COUNT FOUR

On or about January 22, 2006, within the District of Columbia, defendants **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,**" also known as "Bofo," **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo," and co-conspirators whose identities are known to the Grand Jury, did knowingly possess document-making implements, including a cutting board, a razor, a hair dryer, sheets of laminate, and a laminate imprinted with U.S. Government seals, with the intent such document-making implements would be used in the production of false identification documents, which appeared to be identification documents or authentication features issued by and under the authority of the United States.

>  **(Possession of Document-Making Implements** and **Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1028(a)(5), (b)(1) and 2).

## COUNT FIVE

On or about January 22, 2006, within the District of Columbia, defendants **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,**" also known as "Bofo," **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo," and a co-conspirator whose identity is known to the Grand Jury, did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, false Social Security cards

and false Resident Alien cards, knowing them to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States** and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 1546(a) and 2).

## COUNT SIX

1. The allegations contained in Count Five of this Indictment are hereby re-alleged and incorporated by reference herein.

2. On or about January 22, 2006, within the District of Columbia, defendants **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,**" also known as "Bofo," **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo," and a co-conspirator whose identity is known to the Grand Jury, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count Five of this Indictment, and such means of identification consisted of false Social Security cards including, but not limited to, Social Security numbers that are fully known by the Grand Jury and identified herein by the last four digits, "6758," "9322," and "7961," and false Resident Alien cards including, but not limited to, Alien Registration numbers that are fully known by the Grand Jury and identified herein by the last three digits, "761," "282," and "912."

**(Aggravated Identity Theft** and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 1028A(a)(1) and 2).

## COUNT SEVEN

On or about January 22, 2006, within the District of Columbia, defendants **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,**" also known as "Bofo," **EDUARDO OLMEDO-**

**MARTINEZ,** also known as "Abuelo," and a co-conspirator whose identity is known to the Grand Jury, did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, false Social Security cards and false Resident Alien cards, knowing them to be forged, counterfeited, altered, and falsely made.

> **(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States** and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 1546(a) and 2).

## COUNT EIGHT

1. The allegations contained in Count Seven of this Indictment are hereby re-alleged and incorporated by reference herein.

2. On or about January 22, 2006, within the District of Columbia, defendants **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,**" also known as "Bofo," **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo," and a co-conspirator whose identity is known to the Grand Jury, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count Seven of this Indictment, and such means of identification consisted of a false Social Security card with the following Social Security number that is fully known by the Grand Jury and identified herein by the last four digits "9066."

> **(Aggravated Identity Theft** and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 1028A(a)(1) and 2).

## COUNT NINE

On or about January 30, 2006, within the District of Columbia, **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,"** also known as "Bofo," **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo," and a co-conspirator whose identity is known to the Grand Jury, did knowingly possess documents prescribed by statute and regulation for entry into and as evidence of authorized stay or employment in the United States, that is, false Social Security cards, false Employment Authorization cards, and false Resident Alien cards, knowing them to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States** and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1546(a) and 2).

## COUNT TEN

1. The allegations contained in Count Nine of this Indictment are hereby realleged and incorporated as if set forth herein.

2. On or about January 30, 2006, within the District of Columbia, **CESAR FERNANDO JIMENEZ-SALGADO,** also known as "Detective," **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,"** also known as "Bofo," **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo," and a co-conspirator whose identity is known to the Grand Jury, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count Nine of this Indictment, and such means of identification consisted of false Resident Alien cards including, but not limited to, Alien Registration numbers that are fully known by the Grand Jury and identified herein by their last three digits: "869," "902,"and "417," as well as false Social Security

cards including, but not limited to, Social Security numbers that are fully known by the Grand Jury and identified herein by their last four digits: "9082" and "2150."

    (**Aggravated Identity Theft** and **Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2).

### COUNT ELEVEN

On or about January 22, 2006, within the District of Columbia, defendant **CESAR JIMENEZ-SALGADO**, also known as "Detective," an alien who had previously been denied admission, excluded, deported or removed from the United States, was unlawfully present in the United States, having been found in Washington, D.C., without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security of the United States for re-application by the defendant for admission into the United States, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326(a)).

### COUNT TWELVE

On or about January 22, 2006, within the District of Columbia, defendant **JUAN M. VASQUEZ,** also known as "Felipe De La Rosa-Perez**,**" also known as "Bofo," an alien who had previously been denied admission, excluded, deported or removed from the United States, was unlawfully present in the United States, having been found in Washington, D.C., without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security of the United States for re-application by the defendant for admission into the United States, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326(a)).

## COUNT THIRTEEN

On or about January 22, 2006, within the District of Columbia, defendant, **EDUARDO OLMEDO-MARTINEZ,** also known as "Abuelo**,**" an alien who had previously been denied admission, excluded, deported or removed from the United States, was unlawfully present in the United States, having been found in Washington, D.C., and having been previously removed subsequent to a conviction for the commission of an aggravated felony. The said defendant had not obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security of the United States for re-application by the defendant for admission into the United States, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, United States Code, Section 1326(a) and (b)(2)).

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia