CO-526
(12/86)

**FILED**

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         )
                                 )
          vs.                    )   Criminal No. 06-94-2
                                 )
Juan Vasquez, a.k.a.             )
Felipe Delarosa                  )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Juan Vasquez
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge
10/23/06