UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                                              )      Crim. No. 06-094-02 (RBW)
               v.                                     )
                                                 )
JUAN VASQUEZ, aka Felipe Delarosa,   )
_____Defendant_____  )

MOTION TO CONTINUE SENTENCING

Defendant, through undersigned counsel appointed by the court under the Criminal Justice Act, moves to continue for sentencing the above-referenced case. This request is occasioned by counsel's uncertainty that he will be available on Tuesday, Jan. 23, 2007, at 9 a.m., the date and time set for defendant's sentencing. This results from a family illness (the mother of counsel's wife) who is gravely ill and whose doctors anticipate her death in the next 24-48 hours. Counsel's early morning child care responsibilities involving two school-age children at home (one elementary student, another in middle-school) further complicate counsel's situation. Counsel has contacted the government, asst. U.S. Attorney Fred Yette, which does not oppose this request.

Dates and times on which the parties would be available for sentencing are February 2, 2007 (afternoon); February 9, 2007 (morning, up to 11:30 a.m.); and February 23, 2007 (morning or afternoon).

Counsel appreciates the Court's indulgence in this situation.

A proposed Order is attached.

                          Respectfully submitted,
                                /s/
          Attorney for Juan Vasquez, aka Felipe Delarosa
                            P.O. Box 5757

Bethesda MD 20824-5757
(301) 229-0189 (voice & fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion has been served this 22nd day of January, 2007, upon Fred Yette, Esq., assistant U.S. Attorney, National Security Section (U.S. District Court), U.S. Attorney's Office, 555 4th St. NW, Washington DC 20530, and upon all related parties by electronic transmission under the Electronic Court Filing system.

/s/
_____
*Nathan I. Silver*