UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                      )      Crim. No. 06-094-02 (RBW)
           v.                      )
                                      )
JUAN VASQUEZ, aka Felipe Delarosa, )
_____Defendant_____ )

ORDER

It appearing from good cause shown in Defendant's Motion to Continue Sentencing, the lack thereof of opposition from the Government and other evidence before the Court in the record of the case, it shall be and hereby is

ORDERED, this \_\_\_\_\_ day of January, 2007, that the Defendant's Motion to Continue Sentencing is GRANTED, and it is further

ORDERED, that the sentencing in the above-referenced case is rescheduled for _____ a.m./p.m. on _____, 2007.

                                              _____
                                              Hon. Reggie B. Walton
                                              United States District Judge

cc:    Nathan I. Silver, Esq.
        PO Box 5757
        Bethesda MD 20824

        Fred Yette, Esq.
        U.S. Attorney's Office
        National Security Section
        555 4th St. NW
        Washington DC 20530

        USPO Tennille Losch
        United States Probation
        U.S. Courthouse

Washington DC 20001