UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America)Crim. No. 06-094-02 (RBW)
)
v.)**FILED**
)
JUAN VASQUEZ, aka Felipe Delarosa,)JAN 2 4 2007
Defendant)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

It appearing from good cause shown in Defendant's Motion to Continue Sentencing, the lack thereof of opposition from the Government and other evidence before the Court in the record of the case, it shall be and hereby is

ORDERED, this 23rd day of January, 2007, that the Defendant's Motion to Continue Sentencing is GRANTED, and it is further

ORDERED, that the sentencing in the above-referenced case is rescheduled for 9:30 a.m./p.m. on February 9, 2007.

Hon. Reggie B. Walton
United States District Judge

cc:Nathan I. Silver, Esq.
PO Box 5757
Bethesda MD 20824

Fred Yette, Esq.
U.S. Attorney's Office
National Security Section
555 4th St. NW
Washington DC 20530

USPO Tennille Losch
United States Probation
U.S. Courthouse
Washington DC 20001