Dec 20 2006 6:21PM    Law Office of Nathan I. S    301 229-0189    p.2

U.S.Probation Office 12/18/2006 3:52:29 PM    PAGE 14/015    Fax Server

## HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB **9** 2007

| | |
|---|---|
| UNITED STATES OF AMERICA | : Docket No.: <u>06-CR-94-02</u> |
| | : |
| vs. | : SSN: |
| | : |
| VASQUEZ, Juan M. | : Disclosure Date: <u>December 18, 2006</u> |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

( )     There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                                        **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

(X)     There are <u>are</u> material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
**Defendant**     **Date**         **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 01, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:     Gennine A. Hagar, Acting Chief
       United States Probation Officer

Dec 20 2006 6:21PM    Law Office of Nathan I. S    301 229-0189                    p.3

**Receipt and Acknowledgment**                                                    **Page 2**

1. Page 4, ¶4:

      Defendant disagrees with the second sentence of this paragraph, which says in pertinent part that "…under USSG §2L1.2(b)(1)(C), an 8-level increase is applied because the defendant was previously deported after a conviction for a felony possession of a firearm by an illegal alien." This does *not* apply to defendant.[1] Defendant does not have such a prior conviction, and the Presentence Report's ("PSR") recorded criminal history for defendant does not show such a conviction. *See* PSR, "Part B. The Defendant's Criminal History – Adult Criminal Conviction(s)," ¶41, page 7.

2. Page 4, ¶10:

      Defendant notes that he was arrested, not at 1707 North Capitol Street, NE, as the PSR records, but at 3616 16th Street, NW, Washington, D.C. (the Woodner Apartments).[2]

3. Page 7, ¶41:

      (a) The date of defendant's sentence in USDC (DC) case no. 97-597M was September 22, not September 2, 1997. (b) Defendant is not aware that the sentencing court imposed a probation requirement. Indeed, defendant, who was deported to Mexico following completion of his 15-day jail sentence, was incapable of reporting to probation, at least *U.S.* probation.

4. Page 11, ¶64:

      The sentence should read, "Had the defendant been found guilty of Count 6, Aggravated Identity Theft, 18 USC 1028A, he would have *been* exposed to a consecutive sentence that does not allow for probation."

Signed by: _____
                         **Defense Attorney**

Date:           **December 20, 2006**

Doc.: Vasquez, Juan – PSR Receipt and Acknowledgment form

---

[1] Defendant believes that this language, applied in error to Mr. Vasquez, applies in fact to Eduardo Olmedo-Martinez, a codefendant.

[2] Defendant believes that 1707 North Capitol Street, N.E., was the arrest location for one or both of his codefendants.