UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: <u>06-CR-94-02</u>
:
vs. : SSN:
:
VASQUEZ, Juan M. : Disclosure Date: <u>December 18, 2006</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
 (✓) There are no material/factual inaccuracies therein.
 ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         _12/28/06_____
Prosecuting Attorney                              Date

### For the Defendant

(CHECK APPROPRIATE BOX)
 ( ) There are no material/factual inaccuracies therein.
 ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____      _____  _____
Defendant                  Date                  Defense Counsel           Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 01, 2007</u>, to U.S. Probation Officer <b>Tennille Losch</b>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Acting Chief
    United States Probation Officer

Law Offices
## NATHAN I. SILVER – D.C. Bar No. 944314
*Admitted to Practice: D.C., Maryland, Georgia & Wisconsin*
Member: Criminal Justice Act Panel – U.S. District Court (D.C.) & D.C. Superior Court

| Mailing address: | Telephone: |
|---|---|
| P.O. Box 5757 | (301) 229-0189 (v/fax) |
| Bethesda MD 20824-5757 | (202) 837-2249 (pager) |
| Email: NISquire@aol.com | (240) 441-1199 (cell) |

FAX TRANSMITTAL LETTER:

To:   USPO Tennille Losch
      United States Probation Office
      (202) 273-0193

      AUSA Frederick Yette
      US Attorney's Office – National Security Section
      (202) 353-9414

Contents:   Receipt and Acknowledgment Form from
            Defendant and Counsel (with attachment)
            Presentence Report for Juan M. Vasquez (2 pages)

Date:   Dec. 20, 2006

# pages:   Three (3) pp. including this sheet

*Nathan I. Silver*